UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** Heather Lappin , ;

County of Residence: Pima

County Where Claim For Relief Arose: Pima

Plaintiff's Atty(s):

**Timothy P Stackhouse , Attorney at Law**
Miller Pitt Feldman & McAnally PC
One S. Church Avenue, Suite 1000
Tucson, AZ  85701
520-792-3836

**Defendant(s):** Sheriff Chris Nanos, in his official capacity as Pima County Sheriff , ;

County of Residence: Pima

Defendant's Atty(s):

**Chris Nanos , Pima County Sheriff**
Pima County Sheriff's Department
1750 E Benson Highway
Tucson, AZ  85714
520-351-4600

---

**IFP REQUESTED**

---

**REMOVAL FROM COUNTY, CASE #**

---

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties**(Diversity Cases Only)

Plaintiff:- N/A

Defendant:- N/A

**IV. Origin :** 1. Original Proceeding
**V. Nature of Suit:** 442 Employment

**VI. Cause of Action:** 28 U.S.C. Section 1331 Arizona common law claim

**VII. Requested in Complaint**

Class Action: No

Dollar Demand:

Jury Demand: Yes

**VIII. This case is not related to another case.**

Signature: Timothy P. Stackhouse

Date: 09/22/2025