Timothy P. Stackhouse
AZ State Bar No. 30609
Max W. Larnerd, AZ State Bar No. 040607
**MILLER, PITT, FELDMAN & MCANALLY, P.C.**
One South Church Ave., Suite 1000
Tucson, Arizona 85701
Phone: (520) 792-3836
Fax: (520) 624-5080
tstackhouse@mpfmlaw.com
mlarnerd@mpfmlaw.com
me@mpfmlaw.com (designated for minute entries)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Lappin,<br><br>Plaintiff,<br><br>- vs -<br><br>Sheriff Chris Nanos, in his official capacity as Pima County Sheriff,<br><br>Defendant. | Case No.: CV-25-528-TUC-JAS<br><br>**Notice of Service of Plaintiff's Initial Disclosure Statement** |

Plaintiff, pursuant to LRCiv. 5.2 and Fed. R. Civ. P. 26(a)(1), hereby gives notice that on November 25, 2025, she served her Initial Disclosure on Defendant via electronic delivery.

Dated: November 25, 2025

       MILLER, PITT, FELDMAN & MCANALLY, P.C.

       By: */s/Timothy P. Stackhouse*
         Timothy P. Stackhouse
         Max Larnerd
         Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

    I hereby certify that on November 25, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Ele3ctroic Filing to the following CM/ECF registrant:

Kevin J. Kristick
BOSSÉ ROLLMAN PC
3507 N. Campbell Avenue, Suite 111
Tucson, Arizona 85719
Attorneys for Defendant Sheriff Chris Nanos

By: *Carolyn Saenz*