STACKHOUSE LAW, PLC
534 N. Stone Ave., Ste. 02
Tucson, Arizona 85705
Timothy P. Stackhouse, SBN 030609
(520) 282-7696
tim@stackhouselawaz.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Lappin, | Case No.: CV-25-528-TUC-JAS |
| Plaintiff, | |
| - vs - | **Notice of Appearance** |
| Sheriff Chris Nanos, in his official capacity as Pima County Sheriff, | |
| Defendant. | |

Attorney Timothy Stackhouse and the firm Stackhouse Law, PLC, enter their appearance on behalf of Heather Lappin in the above captioned matter.

Dated: February 5, 2026

                STACKHOUSE LAW, PLC

                By: */s/Timothy P. Stackhouse*
                     Timothy P. Stackhouse
                     Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Ele3ctroic Filing to the following CM/ECF registrant:

Kevin J. Kristick
BOSSÉ ROLLMAN PC
3507 N. Campbell Avenue, Suite 111
Tucson, Arizona 85719
Attorneys for Defendant Sheriff Chris Nanos

By: _____