# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Lappin, | No. CV-25-00528-TUC-JAS (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| Chris Nanos, | |
| Defendant. | |

**IT IS ORDERED** that this matter is set for a **SETTLEMENT CONFERENCE** on **May 14, 2026, at 9:30 a.m.** before the Honorable Michael A. Ambri in **Courtroom 3B, Evo A. DeConcini U.S. Courthouse, 405 W. Congress Street, Tucson, AZ, 85701.**

**IT IS FURTHER ORDERED:**

- Trial counsel shall personally appear and participate. Additionally, representatives for all parties with full and binding authority to dismiss and settle the case must also be present unless expressly excused by the Court for good cause;

- The parties shall each prepare and e-mail a confidential settlement conference memorandum, at least seven (7) days before the conference, directly to chambers at: ambri_chambers@azd.uscourts.gov. The parties shall not file their memoranda with the Clerk of Court. The parties may include with their memoranda copies of exhibits that they would like the Magistrate Judge to review; however, they need not include copies of any documents that are already part of the record. Instead, the parties shall direct the Magistrate Judge to the location of any such documents;

- Each memorandum shall be no more than fifteen (15) pages in length, exclusive of exhibits, which shall not exceed six (6) exhibits, and must include, at a minimum, the following information:

1. A brief statement of the relevant facts;
2. The relief sought by both sides and computation of damages;
3. Identification and analysis of the claims, defenses and issues, addressing the elements of the claims and defenses and both liability and relief sought;
4. Whether there are any lienholders, and the amount of each lien;
5. A summary of pending or anticipated motions and identification of the issue(s) addressed or to be addressed in the motions;
6. A summary of settlement discussions to date, including any specific offers;
7. The trial date, anticipated length of trial, and whether it is a jury trial; and
8. Candid appraisal of the strengths and weaknesses of your case, your best possible outcome, your worst possible outcome, fees and costs incurred to date, and anticipated litigation expense between now and resolution through trial.

- The parties may, and are encouraged to, exchange general position statements.

- During the conference, the Magistrate Judge will have *ex parte* communications with each side. The Magistrate Judge's role will be that of a facilitator and an evaluator. If the parties wish that certain information be kept confidential, the parties will notify the Magistrate Judge. While the Magistrate Judge is in the other caucus room, the parties are expected to continue developing information that will be useful in presenting their position to the other side;

- A successful conference will conclude with either a written agreement or an avowal from the parties that although they tried their best to settle the case, it is one that must go to trial. If the dispute is resolved at the conference, the parties may sign a written document outlining the essential terms of the agreement. At the conclusion of the conference, the Magistrate Judge will notify the District Judge whether an agreement has been reached;

- Federal Rule of Evidence 408 will apply to all aspects of the conference. All communications and information exchanged that are not otherwise discoverable will not be admissible in evidence for any purpose. At the conclusion of the conference, all documents submitted by the parties will be returned, destroyed, or otherwise disposed of in the manner directed by the Magistrate Judge;

/ / /

/ / /

/ / /

- 2 -

Absent good cause, if any party, counsel, or representative fails to promptly appear at the conference, fails to comply with the terms of this Order, is substantially unprepared to meaningfully participate, or fails to participate in good faith, the Magistrate Judge may impose sanctions pursuant to Federal Rules of Civil Procedure 16(f) and 37(b)(2).

Dated this 20th day of March, 2026.

Honorable Michael A. Ambri
United States Magistrate Judge

- 3 -