**MAGISTRATE JUDGE'S CIVIL MINIUTES**
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

**CIVIL MINUTES – GENERAL**

Date:   May 14, 2026

Civil Case No.:   CV-25-00528-TUC-JAS(JR)

Title:  Heather Lappin v. Chris Nanos, in his official capacity as Pima County Sheriff

Present:                 Hon. Michael A. Ambri

Magistrate Courtroom Clerk:   N/A          Court Reporter:   N/A

ATTORNEY FOR PLAINTIFFS:          ATTORNEY FOR DEFENDANT:
Timothy P. Stackhouse, Esq.          Kevin J. Kristick, Esq.

**PROCEEDINGS:** _____ Open Court   X   Chambers   _____ Videoconference

**SETTLEMENT CONFERENCE**

A settlement conference was held in this matter on May 14, 2026, before Magistrate Judge Michael A. Ambri. The parties did not reach a settlement.

**Settlement Conference (5 hours, 45 minutes)**
**Conference Start Time: 9:30 a.m.**
**Conference End Time: 3:15 p.m.**